# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| GEORGE METCALF, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CAUSE NO. 3:16CV528-PPS |
| SUPERINTENDENT, | ) ) ) | |
| Respondent. | ) | |

## OPINION AND ORDER

George Metcalf, a pro se prisoner, filed a habeas corpus petition challenging the prison disciplinary hearing (ISP 16-03-12) that was held at the Indiana State Prison on March 9, 2016. The Disciplinary Hearing Officer (DHO) found him guilty of Interfering with Staff in violation of C-364 and sanctioned him with a written reprimand. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). A written reprimand did not lengthen the duration of Metcalf's confinement, therefore habeas corpus relief is not available in this case.

For these reasons, the petition is **DENIED** pursuant to Habeas Corpus Rule 4 and the Clerk is **DIRECTED** to close this case.

SO ORDERED.

ENTERED: August 16, 2016

/s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT